# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

FRANELLE SILVER,

    Plaintiff,

v.                                                            Civil Action No.: 2:15-cv-9017-MRW

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $5,500.00, as authorized by 28 U.S.C. §2412, and $400.00 to be paid from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: 12/27/2016

                                               Judge Michael R. Wilner
                                               United States Magistrate Judge